IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NELLY ALMANZA DE LEON,
      Plaintiff,

v.

WAL-MART STORES EAST, LP,
and WAL-MART STORES, INC.,
      Defendants
_____/

Civil Action File
No. 1:21-cv-03435-MHC

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii), Plaintiff and Defendants hereby stipulate to the dismissal with prejudice of this cause of action. Each party shall bear their own costs.

Submitted this 15th day of August, 2022.

| /s/ *Sharon L. Neal* | /s/ *Nicholas E. Deeb* |
|---|---|
| Sharon L. Neal, Esq. | Nicholas E. Deeb, Esq. |
| Georgia Bar No. 536060 | Georgia State Bar No. 117025 |
| **THE BROSNAHAN LAW FIRM** | MCLAIN & MERRITT, P.C. |
| 31 Lenox Pointe, N.E. | 3445 Peachtree Road, N.E., Ste 500 |
| Atlanta, GA 30324 | Atlanta, GA 30326 |
| Tel: (404) 853-8964 | Tel: (404) 365-4514 |
| Fax: (678) 904-6391 | Fax: (404) 364-3138 |
| sharon@brosnahan-law.com | ndeeb@mmattlaw.com |
| **Attorney for Plaintiff** | **Attorneys for Defendants** |

1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NELLY ALMANZA DE LEON,
    Plaintiff,

v.

WAL-MART STORES EAST, LP,
and WAL-MART STORES, INC.,
    Defendants
_____/

Civil Action File
No. 1:21-cv-03435-MHC

## CERTIFICATE OF SERVICE

This is to certify that on August 15, 2022, I electronically filed a **STIPULATION OF DISMISSAL** with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to attorneys of record.

THE BROSNAHAN LAW FIRM

/s/ *Sharon Neal*
Sharon L. Neal, Esq.
Georgia State Bar No. 536060
31 Lenox Pointe, NE
Atlanta, Georgia 30324
(404) 853-8964
sharon@brosnahan-law.com
**Attorney for Plaintiff**